In the Matter of the Accounting of JOSEPH LO PALO, as Executor of CHARLES GUGGINO, Deceased.

JOSEPH LO PALO, Individually, Appellant; ROSARIA G. SIRAGUSA et al., Respondents.

Argued November 21, 1938; decided December 6, 1938.

*Kenneth B. Keating* and *Nicholas E. Brown* for appellant.

*De Silver Drew* for Rosaria G. Siragusa, respondent.

*Charles J. Mondo* for Joseph Lo Palo, as executor, respondent.

*Michael Rogers* for Joseph Guggino et al., infants, respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.